# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MAYEN,<br><br>            Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | CASE NOS. 18cv2515-LAB<br>                   15cr3121-LAB<br><br>**ORDER GRANTING MOTION TO WITHDRAW [Dkt. 90]** |

Nine months ago, Petitioner Jorge Mayen filed a Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255, alleging that he received ineffective assistance of counsel from his previous attorney, Mr. Gregory Murphy. Now, with just one week left until the evidentiary hearing, Mayen seeks to withdraw his petition, conceding that his allegations "are not accurate and that Mr. Murphy did in fact provide him with effective assistance of counsel in the underlying criminal case." Dkt. 90. Mayen's motion to withdraw is **GRANTED** and the evidentiary hearing currently set for August 16, 2019 is **VACATED**. Given that Mayen concedes his allegations were false, the case is **DISMISSED WITH PREJUDICE**. *See Wyle v. R.J. Reynolds Indus., Inc.*, 709 F.2d 585, 589 (9th Cir. 1983) ("[C]ourts have inherent power to dismiss an action when a

/ / /

/ / /

/ / /

party has willfully deceived the court and engaged in conduct utterly inconsistent with the orderly administration of justice."). The clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: August 9, 2019

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge